UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 13-9108 |
| V. | : | CRIMINAL ACTION |
| Tiyana Boswell | : | ORDER OF RELEASE |

The Court orders the defendant, **Tiyana Boswell**, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Next court date 7/11/13

_Tiyana Boswell_     5/23/13
DEFENDANT     DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

5/23/13
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER